<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Starport Transportation, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1761830** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **111 Evergreen Street** **Strafford, MO 65757** Number, Street, City, State & ZIP Code | **2733 E. Battlefield #163** **Springfield, MO 65804** P.O. Box, Number, Street, City, State & ZIP Code |
| **Greene** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.spleasing.com** |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Starport Transportation, Inc.**                                    Case number (*if known*) _____
          Name

---

**7.   Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ | |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor      **Starport Transportation, Inc.**                                    Case number (*if known*) _____
            Name

---

**11.  Why is the case filed in**    *Check all that apply:*
**this district?**

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**     ☑ No
**have possession of any**
**real property or personal**       ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**            **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard?    _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?**    _____
                                                                  Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.   Insurance agency    _____

                                             Contact name        _____

                                             Phone               _____

---

██    **Statistical and administrative information**

**13.  Debtor's estimation of**     .    *Check one:*
**available funds**
                                    ☑ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**        ☑ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**                       ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                    ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                    ☐ 200-999

---

**15.  Estimated Assets**           ☐ $0 - $50,000            ☑ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                    ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16.  Estimated liabilities**      ☐ $0 - $50,000            ☑ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                    ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

Debtor   **Starport Transportation, Inc.**
_____
      Name                                                    Case number (*if known*) _____

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 28, 2017**
             _____
             MM / DD / YYYY

**X** **/s/ Michael Dean Moss**                          **Michael Dean Moss**
_____          _____
Signature of authorized representative of debtor            Printed name

Title   **President**
        _____

**18. Signature of attorney**

**X** **/s/ Angela D. Acree**                      Date   **February 28, 2017**
_____                 _____
Signature of attorney for debtor                          MM / DD / YYYY

**Angela D. Acree**
_____
Printed name

**JB James Law Firm, PC**
_____
Firm name

**4650 S. National Ave. Ste. C-5**
**Springfield, MO 65810**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(417) 886-6500**        Email address   **law@JBJamesLawFirm.com**
                _____                      _____

**46482**
_____
Bar number and State

## United States Bankruptcy Court
### Western District of Missouri

In re   **Starport Transportation, Inc.**                                                  Case No. _____

_____                                    Chapter   **11**   _____
                              Debtor(s)

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Michael Dean Moss**, declare under penalty of perjury that I am the **President** of **Starport Transportation, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael Dean Moss, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael Dean Moss, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael Dean Moss, President** of this Corporation is authorized and directed to employ **Angela D. Acree 46482**, attorney and the law firm of **JB James Law Firm, PC** to represent the corporation in such bankruptcy case."

Date   **February 21, 2017** _____          Signed   _/s/ Michael Dean Moss_____
                                                                      **Michael Dean Moss**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Missouri

| | | | |
|---|---|---|---|
| In re | **Starport Transportation, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary Actions**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 28, 2017** | **/s/ Angela D. Acree** |
| *Date* | **Angela D. Acree 46482** |
| | *Signature of Attorney* |
| | **JB James Law Firm, PC** |
| | **4650 S. National Ave. Ste. C-5** |
| | **Springfield, MO 65810** |
| | **(417) 886-6500  Fax: (417) 886-4343** |
| | **law@JBJamesLawFirm.com** |
| | *Name of law firm* |

---

American Express
4315 S 2700 W
Salt Lake City UT 84184


BMO Transportation Finance
PO Box 71951
Chicago IL 60694-1951


Capital Lending
1650 S. Enterprise Ave. Ste. A
Springfield MO 65804


Central Bank of the Ozarks
1800 S. Glenstone
Springfield MO 65804


Charles Hodge
2807 W Lakeview
Poplar Bluff MO 63901


Chuck Thomas
PO Box 873
Robbinsville NC 28771


Cornelius Jenkins
8292 Frost Ave
Saint Louis MO 63134


Dakota Conroy
192 Janet Dr
Moscow Mills MO 63362


Danny Cuellar
506 W Horton, Apt 3
Searcy AR 72143


Dina Hartley
2015 W Berkeley
Wichita Falls TX 76308


Ed Johnson
6112 Abbey Dr
Columbus GA 31909

Eric Samson
205 Wynes Circle
Greenfield MO 65661


Eyon McCann
372 Hartley Dr
Nicholasville KY 40356


Freightliner
3900 Great Midwest Dr
Kansas City MO 64161


Greene County Assessor
940 Boonville
Springfield MO 65802


Harold Boston
17038 Rt 66
Phillipsburg MO 65722


Internal Revenue Service
Cincinnati OH 45999-0031


Jackson & Jackson
2305 S. Blackman Rd., Ste. 300
Springfield MO 65809


Jamie Fugate
201 Mallard Dr
Mount Sterling KY 40353


Jeffrey Pointer
c/o Darren Morrison
Morrison, Webster & Carlton
1736 E. Sunshine, ste. 104
Springfield MO 65804


Jermail Hammett
1436 Watson Blvd, Apt 62
Warner Robins GA 31093


John Means
6518 Castle Lane Dr
Houston TX 77066

JR Johns
1608 Franklin St
Sarcoxie MO 64862


Ken Raber
2801 Garriot Ln
Sarasota FL 34232


Kenneth Douglas
49 E Montcastle Dr
Greensboro NC 27406


Kenny Senn
PO Box 5832
Dothan AL 36302


Larson Group Inc.
3026 N Mulroy Rd
Strafford MO 65757


Marcell Jarrett
1908 Pope St
Pope AL 36201


Max Emerson
310 W 9th St
Stroud OK 74079


MHC Finanical Services
11120 Tomahawk Creek Parkway Suite 100-A
Leawood KS 66211


MHC Kenworth
1524 North Corrington
Kansas City MO 64120


Michael Dean Moss
3695 E. Turtle Hatch Road
Springfield MO 65809


Michael Decker
2845 Hunton Park Dr
Miner MO 63801

Michael Kirrane
6558 S Niagara Ct
Centennial CO 80111


Mike and Rachel Moss
3695 E Turtle Hatch Rd.
Springfield MO 65809-4142


Paccar Financial
PO Box 2144
Denton TX 76202


Rachel Celeste Moss
3695 E. Turtle Hatch Road
Springfield MO 65809


Randy Bogle
17534 Highway MM
Neosho MO 64850


Raven Rogers
3944 Triple Crown Dr
Florissant MO 63034


Robert Parkes
112 E St Louis
Aurora MO 65605


Ryan Munsey
871 Kushla Mcleod Rd
Eight Mile AL 36613


Scott Wilson
PO Box 572
Lebanon MO 65536


Tim Williamson
200 Olive Ave SP-73
Vista CA 92083


Webster Capital Finance
344 Main Street
Kensington CT 06037

# United States Bankruptcy Court
## Western District of Missouri

In re    **Starport Transportation, Inc.** _____   Case No. _____
                                                    Debtor(s)          Chapter    **11**  _____

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is
true and correct to the best of my knowledge and includes the name and address of my
ex-spouse (if any).

Date:   **February 28, 2017** _____        **/s/ Michael Dean Moss** _____
                                                    **Michael Dean Moss**/**President**
                                                    Signer/Title

**Fill in this information to identify the case:**

Debtor name      **Starport Transportation, Inc.**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF MISSOURI

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 28, 2017**           X **/s/ Michael Dean Moss**
                                                  Signature of individual signing on behalf of debtor

                                                  **Michael Dean Moss**
                                                  Printed name

                                                  **President**
                                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Starport Transportation, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express 4315 S 2700 W Salt Lake City, UT 84184** | | **Credit Card** | | | | **$25,000.00** |
| **BMO Transportation Finance PO Box 71951 Chicago, IL 60694-1951** | | **2011 Peterbilt 387 1XP7D49X6BD121815 2011 Peterbilt 387 1XP7D49X8BD121833 2011 Peterbilt 387 1XP7D49XXBD121803 2012 Peterbilt 587 1XP4D49X0CD123614** | | **$336,551.90** | **$179,450.00** | **$157,101.90** |
| **Capital Lending 1650 S. Enterprise Ave. Ste. A Springfield, MO 65804** | | **2011 Peterbilt 387 1XP7D49X7BD121824 2011 Peterbilt 387 1XP7D49X1BD121852** | | **$46,000.00** | **$22,500.00** | **$23,500.00** |
| **Capital Lending 1650-A South Enterprise Springfield, MO 65804** | | **2014 Peterbilt 587 1XP4DP9XXED223112** | | **$51,000.00** | **$38,000.00** | **$13,000.00** |
| **Capital Lending 1650-A South Enterprise Springfield, MO 65804** | | **2011 Peterbilt 387 1XP7D49X6BD121779** | | **$23,000.00** | **$12,000.00** | **$11,000.00** |
| **Capital Lending 1650-A South Enterprise Springfield, MO 65804** | | **2011 Peterbilt 387 1XP7D49X0BD121857** | | **$23,000.00** | **$15,000.00** | **$8,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Starport Transportation, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Central Bank of the Ozarks** **1800 S. Glenstone** **Springfield, MO** **65804** | | **2007 Freightliner Century 1FUJBBCK07LX04 160 2007 Freightliner Century 1FUJBBCK37LV91 367 2007 Freightliner Century 1FUJBBCK67LX04 101 2007 Freightlin** | | **$283,000.00** | **$216,800.00** | **$66,200.00** |
| **Dina Hartley** **2015 W Berkeley** **Wichita Falls, TX** **76308** | | | | | | **$24,000.00** |
| **Greene County Assessor** **940 Boonville** **Springfield, MO** **65802** | | **Real Estate and Personal Property Tax** | | | | **$8,676.18** |
| **Internal Revenue Service** **Cincinnati, OH** **45999-0031** | | **Highway Use Tax** | | | | **$9,800.00** |
| **Jackson & Jackson** **2305 S. Blackman Rd., Ste. 300** **Springfield, MO** **65809** | | **Tax preparation and accounting** | | | | **$8,727.00** |
| **Larson Group Inc.** **3026 N Mulroy Rd** **Strafford, MO 65757** | | **Parts and Repairs** | | | | **$100,000.00** |
| **MHC Finanical Services** **11120 Tomahawk Creek Parkway** **Suite 100-A** **Leawood, KS 66211** | | **2014 Kenworth T680 1XKYDP9X0EJ407 709 2014 Kenworth T680 1XKYDP9X2EJ407 694** | | **$124,000.00** | **$82,500.00** | **$28,000.00** |
| **Mike and Rachel Moss** **3695 E Turtle Hatch Rd.** **Springfield, MO** **65809-4142** | | **Money loaned** | | | | **$214,449.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor   **Starport Transportation, Inc.**                                         Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Paccar Financial PO Box 2144 Denton, TX 76202** | | **2012 Kenworth T660 1XKAD49X8CJ324 638 2012 Peterbilt 587 1XP4D49X1CD123 623 2012 Peterbilt 587 1XP4D49XXCD123 703 2012 Peterbilt 587 1XP4D49X2CD123 694** | | $258,640.53 | $111,900.00 | $146,740.53 |
| **Paccar Financial PO Box 2144 Denton, TX 76202** | | **2012 Peterbilt 587 1XP4D49X7CD123 738 2012 Peterbilt 587 1XP4D49X4CD123 728 2012 Peterbilt 587 1XP4D49XXCD123 734 2012 Peterbilt 587 1XP4D49X9CD123 689** | | $269,173.78 | $112,150.00 | $138,173.78 |
| **Paccar Financial PO Box 2144 Denton, TX 76202** | | **2014 Peterbilt 587 1XP4DP9X9ED220 377 2014 Peterbilt 587 1XP4DP9X9ED223 084 2014 Peterbilt 587 1XP4DP9X2ED220 348** | | $191,180.29 | $115,000.00 | $76,180.29 |
| **Paccar Financial PO Box 2144 Denton, TX 76202** | | **2013 Peterbilt 389 1XPXD49X3DD195 194 2014 Peterbilt 587 1XP4DP9X1ED220 356** | | $130,487.53 | $89,000.00 | $41,487.53 |
| **Paccar Financial PO Box 2144 Denton, TX 76202** | | **2014 Peterbilt 587 1XP4DP9X9ED220 346** | | $65,401.54 | $38,500.00 | $26,901.54 |
| **Webster Capital Finance 344 Main Street Kensington, CT 06037** | | **2012 Peterbilt 587 1XP4D49X6CD123 617 2012 Peterbilt 587 1XP4D49X7CD123 772 2012 Peterbilt 587 1XP4D49X9CD123 725** | | $100,000.00 | $50,500.00 | $49,500.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Missouri

In re    **Starport Transportation, Inc.**

Case No. _____

Debtor(s)

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Dean Moss**<br>**3695 E. Turtle Hatch Road**<br>**Springfield, MO 65809** | | | |
| **Rachel Celeste Moss**<br>**3695 E. Turtle Hatch Road**<br>**Springfield, MO 65809** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 28, 2017**

Signature    **/s/ Michael Dean Moss**

**Michael Dean Moss**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name    **Starport Transportation, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ **1,015,906.10**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ **1,015,906.10**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **1,901,435.57**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ **18,476.18**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ **380,938.59**

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b                                                                                    $ **2,300,850.34**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Starport Transportation, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | 9283 | $29.00 |
| 3.2. | **Central Bank of the Ozarks** | **Checking** | | $9.11 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $38.11 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Starport Transportation, Inc.** | Case number *(If known)* |
|--------|------------------------------------|--------------------------|
|        | Name                               |                          |

| 11a. 90 days old or less: | **7,000.00** | - | **0.00** | = .... | **$7,000.00** |
|---------------------------|--------------|---|----------|--------|----------------|
|                           | face amount  |   | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **94,117.99** | - | **0.00** | = .... | **$94,117.99** |
|---------------------------|---------------|---|----------|--------|-----------------|
|                           | face amount   |   | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$101,117.99** |
|-----|----------------------|-----------------|
|     | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

□ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** <br> **Truck oil filters** | | **$0.00** | | **$400.00** |

| 23. | **Total of Part 5.** | **$400.00** |
|-----|----------------------|-------------|
|     | Add lines 19 through 22.  Copy the total to line 84. | |

24.   **Is any of the property listed in Part 5 perishable?**
■ No
□ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
□ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
□ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Starport Transportation, Inc.**                              Case number *(If known)* _____
         Name

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers (3), desks (3), printers (2), printer/copier, filing cabinets (2), table & chairs, tvs (2), small refridgerator (2) | Unknown | Liquidation | $1,550.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                    $1,550.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2012 Kenworth T660** **1XKAD49X8CJ324638** **Engine blown** | Unknown | Expert | $10,000.00 |
| 47.2. **2012 Peterbilt 587 1XP4D49X1CD123623** **499,000 miles w/o Turbo & DPF** | Unknown | Expert | $15,000.00 |
| 47.3. **2012 Peterbilt 587 1XP4D49X1CD123752** **540,000 miles** | Unknown | Expert | $23,200.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Starport Transportation, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.4. | **2012 Peterbilt 587 1XP4D49X2CD123694**<br>**607,000  miles** | **Unknown** | **Expert** | **$21,000.00** |
| 47.5. | **2012 Peterbilt 587 1XP4D49X4CD123728**<br>**675,000 miles** | **Unknown** | **Expert** | **$19,500.00** |
| 47.6. | **2012 Peterbilt 587 1XP4D49X6CD123746**<br>**560,000 miles** | **Unknown** | **Expert** | **$22,400.00** |
| 47.7. | **2012 Peterbilt 587 1XP4D49X7CD123688**<br>**705,000 miles** | **Unknown** | **Expert** | **$17,700.00** |
| 47.8. | **2012 Peterbilt 587 1XP4D49X7CD123738**<br>**650,000 miles** | **Unknown** | **Expert** | **$20,000.00** |
| 47.9. | **2012 Peterbilt 587 1XP4D49X9CD123689**<br>**593,000 miles, blown motor** | **Unknown** | **Expert** | **$10,000.00** |
| 47.10<br>· | **2012 Peterbilt 587 1XP4D49XXCD123703**<br>**601,000 miles** | **Unknown** | **Expert** | **$22,000.00** |
| 47.11<br>· | **2012 Peterbilt 587 1XP4D49XXCD123720**<br>**610,000 miles** | **Unknown** | **Expert** | **$21,500.00** |
| 47.12<br>· | **2012 Peterbilt 587 1XP4D49XXCD123734**<br>**575,000 miles** | **Unknown** | **Expert** | **$21,750.00** |
| 47.13<br>· | **2013 Peterbilt 389 1XPXD49X3DD195194**<br>**540,000 miles** | **Unknown** | **Expert** | **$52,000.00** |
| 47.14<br>· | **2014 Peterbilt 587 1XP4DP9X1ED220356**<br>**491,000 miles** | **Unknown** | **Expert** | **$38,000.00** |
| 47.15<br>· | **2014 Peterbilt 587 1XP4DP9X2ED220348**<br>**440,000 miles** | **Unknown** | **Expert** | **$38,500.00** |
| 47.16<br>· | **2014 Peterbilt 587 1XP4DP9X9ED220346**<br>**435,000 miles** | **Unknown** | **Expert** | **$38,500.00** |
| 47.17<br>· | **2014 Peterbilt 587 1XP4DP9X9ED223084**<br>**455,000** | **Unknown** | **Expert** | **$38,000.00** |
| 47.18<br>· | **2011 Peterbilt 387 1XP7D49X6BD121815**<br>**717,000 miles** | **Unknown** | **Expert** | **$13,000.00** |
| 47.19<br>· | **2011 Peterbilt 387 1XP7D49X8BD121833**<br>**637,000 miles; poor condition** | **Unknown** | **Expert** | **$13,750.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Starport Transportation, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.20 | **2012 Peterbilt 587 1XP4D49X0CD123614**<br>**615,000 miles** | Unknown | Expert | $21,900.00 |
| 47.21 | **2012 Peterbilt 587 1XP4D49X2CD123579**<br>**720,000 miles** | Unknown | Expert | $14,800.00 |
| 47.22 | **2012 Peterbilt 587 1XP4D49X2CD123744**<br>**640,000 miles** | Unknown | Expert | $19,600.00 |
| 47.23 | **2012 Peterbilt 587 1XP4D49X5CD123673**<br>**625,000 miles** | Unknown | Expert | $20,500.00 |
| 47.24 | **2012 Peterbilt 587 1XP4D49X7CD123660**<br>**675,000 miles** | Unknown | Expert | $19,500.00 |
| 47.25 | **2012 Peterbilt 587 1XP4D49X7CD123741**<br>**527,000 miles** | Unknown | Expert | $24,400.00 |
| 47.26 | **2012 Peterbilt 587 1XP4D49X9CD123742**<br>**647,000 miles** | Unknown | Expert | $20,000.00 |
| 47.27 | **2011 Peterbilt 387 1XP7D49X0BD121857**<br>**650,000 miles** | Unknown | Expert | $15,000.00 |
| 47.28 | **2011 Peterbilt 387 1XP7D49X6BD121779**<br>**750,000 miles** | Unknown | Expert | $12,000.00 |
| 47.29 | **2011 Peterbilt 387 1XP7D49X7BD121824**<br>**635,000 miles, blown motor** | Unknown | Expert | $8,000.00 |
| 47.30 | **2014 Peterbilt 587 1XP4DP9XXED223112**<br>**420,000 miles** | Unknown | Expert | $38,000.00 |
| 47.31 | **2007 Freightliner Century**<br>**1FUJBBCK07LX04160**<br>**1,000,000 miles** | Unknown | Expert | $7,500.00 |
| 47.32 | **2007 Freightliner Century**<br>**1FUJBBCK37LV91367**<br>**1,000,000 miles** | Unknown | Expert | $7,500.00 |
| 47.33 | **2007 Freightliner Century**<br>**1FUJBBCK67LX04101**<br>**1,000,000 miles** | Unknown | Expert | $7,500.00 |
| 47.34 | **2007 Freightliner Century**<br>**1FUJBBCK77LV91565**<br>**1,000,000 miles** | Unknown | Expert | $7,800.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Starport Transportation, Inc.**                                    Case number *(If known)*  _____
                    Name

| | | | | |
|---|---|---|---|---|
| 47.35 | **2007 Freightliner Century** **1FUJBBCK97LV91583** **Salvage** | | Unknown    Expert | **$4,000.00** |
| 47.36 | **2007 Freightliner Century** **1FUJBBCKX7LX03940** **1,000,000 miles** | | Unknown    Expert | **$7,500.00** |
| 47.37 | **2014 Kenworth T680** **1XKYDP9X0EJ407709** **375,000 miles** | | Unknown    Expert | **$42,000.00** |
| 47.38 | **2014 Kenworth T680** **1XKYDP9X2EJ407694** **415,000 miles** | | Unknown    Expert | **$40,500.00** |
| 47.39 | **2012 Peterbilt 587 1XP4D49X6CD123617** **597,000 miles, blown motor** | | Unknown    Expert | **$10,000.00** |
| 47.40 | **2012 Peterbilt 587 1XP4D49X7CD123772** **642,000 miles** | | Unknown    Expert | **$19,500.00** |
| 47.41 | **2012 Peterbilt 587 1XP4D49X9CD123725** **650,000 miles** | | Unknown    Expert | **$21,000.00** |
| 47.42 | **2014 Peterbilt 587 1XP4DP9X9ED220377** **450,000 miles** | | Unknown    Expert | **$38,500.00** |
| 47.43 | **2011 Peterbilt 387 1XP7D49XXBD121803** **780,000 miles** | | Unknown    Expert | **$12,000.00** |
| 47.44 | **2011 Peterbilt 387 1XP7D49X1BD121852** **606,000 miles** | | Unknown    Expert | **$14,500.00** |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Air compressor, shop tools, waste oil heater, jacks**                                    Unknown    Liquidation                    **$3,500.00**

51.     **Total of Part 8.**                                                                                                    **$912,800.00**
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No

| Debtor | **Starport Transportation, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Potential product liability claim against manufacturer of fuel pumps**                                                                 **Unknown**

| Nature of claim | Potential lawsuit |
|---|---|
| Amount requested | $1,000,000.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                                        **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **Starport Transportation, Inc.**
    Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $38.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $101,117.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $400.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,550.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $912,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,015,906.10 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,015,906.10 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Starport Transportation, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **BMO Transportation Finance**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2011 Peterbilt 387 1XP7D49X6BD121815<br>2011 Peterbilt 387 1XP7D49X8BD121833<br>2011 Peterbilt 387 1XP7D49XXBD121803<br>2012 Peterbilt 587 1XP4D49X0CD123614<br>2012 Peterbilt 587 1XP4D49X2CD123579<br>See attached for additional collateral** | $336,551.90 | $179,450.00 |
| | **PO Box 71951<br>Chicago, IL 60694-1951**<br>Creditor's mailing address | Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred<br>January 30, 2014<br>Last 4 digits of account number<br>4001** | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Capital Lending**<br>Creditor's Name<br>**1650 S. Enterprise Ave. Ste. A<br>Springfield, MO 65804**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2011 Peterbilt 387 1XP7D49X7BD121824<br>2011 Peterbilt 387 1XP7D49X1BD121852** | $46,000.00 | $22,500.00 |
| | | Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred<br>October 18, 2013<br>Last 4 digits of account number** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Starport Transportation, Inc.**
Name

Case number (if know) _____

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3** **Capital Lending**
Creditor's Name

**1650-A South Enterprise
Springfield, MO 65804**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**October 2, 2014**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2011 Peterbilt 387 1XP7D49X6BD121779**

$23,000.00 $12,000.00

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4** **Capital Lending**
Creditor's Name

**1650-A South Enterprise
Springfield, MO 65804**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**June 8, 2015**
**Last 4 digits of account number**
**3035**

Describe debtor's property that is subject to a lien
**2014 Peterbilt 587 1XP4DP9XXED223112**

$51,000.00 $38,000.00

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.5** **Capital Lending**
Creditor's Name

**1650-A South Enterprise
Springfield, MO 65804**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2011 Peterbilt 387 1XP7D49X0BD121857**

$23,000.00 $15,000.00

Describe the lien
**Purchase Money Security**

---

Debtor **Starport Transportation, Inc.**
Name

Case number (if know)

---

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

**October 7, 2013**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Central Bank of the Ozarks** | Describe debtor's property that is subject to a lien | $283,000.00 | $216,800.00 |
|---|---|---|---|---|

Creditor's Name

**2007 Freightliner Century
1FUJBBCK07LX04160
2007 Freightliner Century
1FUJBBCK37LV91367
2007 Freightliner Century
1FUJBBCK67LX04101
2007 Freightliner Century
1FUJBBCK77LV91565
See attached sheet for addtional collateral**

**1800 S. Glenstone
Springfield, MO 65804**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **MHC Finanical Services** | Describe debtor's property that is subject to a lien | $124,000.00 | $82,500.00 |
|---|---|---|---|---|

Creditor's Name

**11120 Tomahawk Creek
Parkway Suite 100-A
Leawood, KS 66211**

**2014 Kenworth T680 1XKYDP9X0EJ407709
2014 Kenworth T680 1XKYDP9X2EJ407694**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

**September 20, 2016**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**6407**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Starport Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **Paccar Financial** | Describe debtor's property that is subject to a lien | $258,640.53 | $111,900.00 |
|---|---|---|---|---|

Creditor's Name

**2012 Kenworth T660 1XKAD49X8CJ324638**
**2012 Peterbilt 587 1XP4D49X1CD123623**
**2012 Peterbilt 587 1XP4D49XXCD123703**
**2012 Peterbilt 587 1XP4D49X2CD123694**
**2012 Peterbilt 587 1XP4D49X6CD123746**
**2012 Peterbilt 587 1XP4D49XXCD123720**

**PO Box 2144**
**Denton, TX 76202**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**September 11, 2014**

Last 4 digits of account number
**5458**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Paccar Financial** | Describe debtor's property that is subject to a lien | $269,173.78 | $112,150.00 |
|---|---|---|---|---|

Creditor's Name

**2012 Peterbilt 587 1XP4D49X7CD123738**
**2012 Peterbilt 587 1XP4D49X4CD123728**
**2012 Peterbilt 587 1XP4D49XXCD123734**
**2012 Peterbilt 587 1XP4D49X9CD123689**
**2012 Peterbilt 587 1XP4D49X1CD123752**
**2012 Peterbilt 587 1XP4D49X7CD123688**

**PO Box 2144**
**Denton, TX 76202**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**August 13, 2014**

Last 4 digits of account number
**7942**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Paccar Financial** | Describe debtor's property that is subject to a lien | $191,180.29 | $115,000.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Starport Transportation, Inc.** | | Case number (if know) | |

Name

---

Creditor's Name

**PO Box 2144**
**Denton, TX 76202**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**October 4, 2016**

**Last 4 digits of account number**
**8360**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2014 Peterbilt 587 1XP4DP9X9ED220377**
**2014 Peterbilt 587 1XP4DP9X9ED223084**
**2014 Peterbilt 587 1XP4DP9X2ED220348**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Paccar Financial** | Describe debtor's property that is subject to a lien | $65,401.54 | $38,500.00 |

Creditor's Name

**2014 Peterbilt 587 1XP4DP9X9ED220346**

**PO Box 2144**
**Denton, TX 76202**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**October 24, 2016**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2552**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Paccar Financial** | Describe debtor's property that is subject to a lien | $130,487.53 | $89,000.00 |

Creditor's Name

**2013 Peterbilt 389 1XPXD49X3DD195194**
**2014 Peterbilt 587 1XP4DP9X1ED220356**

**PO Box 2144**
**Denton, TX 76202**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**October 19, 2016**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1869**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Starport Transportation, Inc. | Case number (if known) | |
| | Name | | |

| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| | ■ No | ☐ Contingent |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | | ☐ Disputed |

---

| 2.13 | **Webster Capital Finance** | Describe debtor's property that is subject to a lien | $100,000.00 | $50,500.00 |
| | Creditor's Name | **2012 Peterbilt 587 1XP4D49X6CD123617** | | |
| | | **2012 Peterbilt 587 1XP4D49X7CD123772** | | |
| | **344 Main Street** | **2012 Peterbilt 587 1XP4D49X9CD123725** | | |
| | **Kensington, CT 06037** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **April 10, 2014** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| | ■ No | ☐ Contingent |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,901,435.57 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

Additional Collateral for BMO Transportation Finance

| 2012 | Peterbilt | 587 | 1XP4D49X2CD123744 |
|------|-----------|-----|-------------------|
| 2012 | Peterbilt | 587 | 1XP4D49X5CD123673 |
| 2012 | Peterbilt | 587 | 1XP4D49X7CD123660 |
| 2012 | Peterbilt | 587 | 1XP4D49X7CD123741 |
| 2012 | Peterbilt | 587 | 1XP4D49X9CD123742 |

Additional Collateral for Central Bank of the Ozarks*

| 2007 | Freightliner | Century | 1FUJBBCK97LV91583 |
|------|--------------|---------|-------------------|
| 2007 | Freightliner | Century | 1FUJBBCKX7LX03940 |

*The building owned by A or A Investments, LLC and rented by Starport Transportation, Inc. is also pledged as collateral for this note and has appraised at $175,000.  A or A Investments, LLC is a single asset real estate investment company owned by Mike Moss.

**Fill in this information to identify the case:**

Debtor name    **Starport Transportation, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,676.18** | **$8,676.18** |
|---|---|---|---|---|

**Greene County Assessor**
**940 Boonville**
**Springfield, MO 65802**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Real Estate and Personal Property Tax**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,800.00** | **$9,800.00** |
|---|---|---|---|---|

**Internal Revenue Service**

**Cincinnati, OH 45999-0031**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Highway Use Tax**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Starport Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**American Express**
**4315 S 2700 W**
**Salt Lake City, UT 84184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Credit Card

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00**

**Dina Hartley**
**2015 W Berkeley**
**Wichita Falls, TX 76308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,890.40**

**Freightliner**
**3900 Great Midwest Dr**
**Kansas City, MO 64161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,727.00**

**Jackson & Jackson**
**2305 S. Blackman Rd., Ste. 300**
**Springfield, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015-2016

Basis for the claim:  Tax preparation and accounting

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jeffrey Pointer**
**c/o Darren Morrison**
**Morrison, Webster & Carlton**
**1736 E. Sunshine, ste. 104**
**Springfield, MO 65804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential Workers Compensation Claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Larson Group Inc.**
**3026 N Mulroy Rd**
**Strafford, MO 65757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Parts and Repairs

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,872.19**

**MHC Kenworth**
**1524 North Corrington**
**Kansas City, MO 64120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Starport Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$214,449.00** |
|---|---|---|---|

**Mike and Rachel Moss**
**3695 E Turtle Hatch Rd.**
**Springfield, MO 65809-4142**

Date(s) debt was incurred  2015-2016

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money loaned

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  18,476.18 |
| **5b. Total claims from Part 2** | 5b.  + | $  380,938.59 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $  399,414.77 |

**Fill in this information to identify the case:**

Debtor name      **Starport Transportation, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 324638 and 223112** | |
| | State the term remaining | | **Charles Hodge** |
| | List the contract number of any government contract | | **2807 W Lakeview** **Poplar Bluff, MO 63901** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 123720** | |
| | State the term remaining | | **Chuck Thomas** |
| | List the contract number of any government contract | | **PO Box 873** **Robbinsville, NC 28771** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 123744** | |
| | State the term remaining | | **Cornelius Jenkins** |
| | List the contract number of any government contract | | **8292 Frost Ave** **Saint Louis, MO 63134** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 123738** | |
| | State the term remaining | | **Dakota Conroy** |
| | List the contract number of any government contract | | **192 Janet Dr** **Moscow Mills, MO 63362** |

| Debtor 1 | **Starport Transportation, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease on VIN 123579** | |
| State the term remaining | **Danny Cuellar** |
| List the contract number of any government contract | **506 W Horton, Apt 3** **Searcy, AR 72143** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Lease on VIN 121803** | |
| State the term remaining | **Ed Johnson** |
| List the contract number of any government contract | **6112 Abbey Dr** **Columbus, GA 31909** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Lease on VIN X03940** | |
| State the term remaining | **Eric Samson** |
| List the contract number of any government contract | **205 Wynes Circle** **Greenfield, MO 65661** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Lease on VIN 220348** | |
| State the term remaining | **Eyon McCann** |
| List the contract number of any government contract | **372 Hartley Dr** **Nicholasville, KY 40356** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Lease on VIN 220356** | |
| State the term remaining | **Harold Boston** |
| List the contract number of any government contract | **17038 Rt 66** **Phillipsburg, MO 65722** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Lease on VIN 220346** | |
| State the term remaining | **Jamie Fugate** |
| List the contract number of any | **201 Mallard Dr** **Mount Sterling, KY 40353** |

| Debtor 1 | **Starport Transportation, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 407709** |
| | State the term remaining | **Jermail Hammett** |
| | List the contract number of any government contract | **1436 Watson Blvd, Apt 62**<br>**Warner Robins, GA 31093** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 123741** |
| | State the term remaining | **John Means** |
| | List the contract number of any government contract | **6518 Castle Lane Dr**<br>**Houston, TX 77066** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 123703** |
| | State the term remaining | **JR Johns** |
| | List the contract number of any government contract | **1608 Franklin St**<br>**Sarcoxie, MO 64862** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 407694** |
| | State the term remaining | **Ken Raber** |
| | List the contract number of any government contract | **2801 Garriot Ln**<br>**Sarasota, FL 34232** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 123614**<br>**and 123689** |
| | State the term remaining | **Kenneth Douglas** |
| | List the contract number of any government contract | **49 E Montcastle Dr**<br>**Greensboro, NC 27406** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 121815** |
| | | **Kenny Senn**<br>**PO Box 5832**<br>**Dothan, AL 36302** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Starport Transportation, Inc.**                                    Case number *(if known)* _____
            First Name      Middle Name        Last Name

███   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract      _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN X04101** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Marcell Jarrett**<br>**1908 Pope St**<br>**Pope, AL 36201** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 223084** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Max Emerson**<br>**310 W 9th St**<br>**Stroud, OK 74079** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 195194** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Michael Decker**<br>**2845 Hunton Park Dr**<br>**Miner, MO 63801** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 123728** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Michael Kirrane**<br>**6558 S Niagara Ct**<br>**Centennial, CO 80111** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 123660** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Randy Bogle**<br>**17534 Highway MM**<br>**Neosho, MO 64850** |

Debtor 1   **Starport Transportation, Inc.**

First Name                    Middle Name                    Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 121857** | |
|---|---|---|---|
| | State the term remaining | | **Raven Rogers** |
| | List the contract number of any government contract | | **3944 Triple Crown Dr** |
| | | | **Florissant, MO 63034** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 220377** | |
|---|---|---|---|
| | State the term remaining | | **Robert Parkes** |
| | List the contract number of any government contract | | **112 E St Louis** |
| | | | **Aurora, MO 65605** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 123617 and 123734** | |
|---|---|---|---|
| | State the term remaining | | **Ryan Munsey** |
| | List the contract number of any government contract | | **871 Kushla Mcleod Rd** |
| | | | **Eight Mile, AL 36613** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on X04160** | |
|---|---|---|---|
| | State the term remaining | | **Scott Wilson** |
| | List the contract number of any government contract | | **PO Box 572** |
| | | | **Lebanon, MO 65536** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on VIN 123725** | |
|---|---|---|---|
| | State the term remaining | | **Tim Williamson** |
| | List the contract number of any government contract | | **200 Olive Ave SP-73** |
| | | | **Vista, CA 92083** |

**Fill in this information to identify the case:**

Debtor name      **Starport Transportation, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Michael Dean Moss** | **3695 E. Turtle Hatch Road Springfield, MO 65809** | **MHC Finanical Services** | ■ D  **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Michael Dean Moss** | **3695 E. Turtle Hatch Road Springfield, MO 65809** | **Capital Lending** | ■ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3  **Michael Dean Moss** | **3695 E. Turtle Hatch Road Springfield, MO 65809** | **Capital Lending** | ■ D  **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4  **Michael Dean Moss** | **3695 E. Turtle Hatch Road Springfield, MO 65809** | **Webster Capital Finance** | ■ D  **2.13** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5  **Michael Dean Moss** | **3695 E. Turtle Hatch Road Springfield, MO 65809** | **Capital Lending** | ■ D  **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Starport Transportation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Michael Dean Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Paccar Financial | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.7 | Michael Dean Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Paccar Financial | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.8 | Michael Dean Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | BMO Transportation Finance | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.9 | Michael Dean Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Capital Lending | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.10 | Michael Dean Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Paccar Financial | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.11 | Michael Dean Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Paccar Financial | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |
| 2.12 | Michael Dean Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Paccar Financial | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.13 | Rachel Celeste Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | MHC Finanical Services | ■ D ___2.7___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Starport Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|

███ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Rachel Celeste Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Capital Lending | ■ D  __2.4__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.15 | Rachel Celeste Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Webster Capital Finance | ■ D  __2.13__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.16 | Rachel Celeste Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Paccar Financial | ■ D  __2.8__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.17 | Rachel Celeste Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Paccar Financial | ■ D  __2.9__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.18 | Rachel Celeste Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Paccar Financial | ■ D  __2.11__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.19 | Rachel Celeste Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Paccar Financial | ■ D  __2.12__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.20 | Rachel Celeste Moss | 3695 E. Turtle Hatch Road Springfield, MO 65809 | Paccar Financial | ■ D  __2.10__<br>☐ E/F  _____<br>☐ G  _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

# United States Bankruptcy Court
### Western District of Missouri

| In re | **Starport Transportation, Inc.** | Case No. | |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| 1. Gross Income For 12 Months Prior to Filing: | $ | 1,248,752.69 |
|---|---|---|

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| 2. Gross Monthly Income | $ | 108,000.00 |
|---|---|---|

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| 3. Net Employee Payroll (Other Than Debtor) | $ | 13,866.67 |
|---|---|---|
| 4. Payroll Taxes | | 4,986.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 225.00 |
| 7. Other Taxes | | 450.00 |
| 8. Inventory Purchases (Including raw materials) | | 7,000.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 3,300.00 |
| 11. Utilities | | 1,425.00 |
| 12. Office Expenses and Supplies | | 150.00 |
| 13. Repairs and Maintenance | | 15,000.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 6,840.51 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 3,575.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Central Bank of the Ozarks** | 1,413.48 |
| **BMO** | 1,877.38 |
| **Webster Capital** | 580.57 |
| **Paccar 5458** | 1,421.15 |
| **Paccar 7942** | 1,628.73 |
| **Paccar 8360** | 1,350.00 |
| **Paccar 2552** | 450.00 |
| **Paccar 1869** | 900.00 |
| **MHC Financial** | 952.04 |
| **Capital Lending 2869** | 175.00 |
| **Capital Lending 2874** | 185.00 |
| **Capital Lending 2880** | 360.00 |
| **Capital Lending 3035** | 400.00 |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **PJC** | 9,179.00 |
| **IPFS** | 185.00 |
| **Lawn Care and Pest Control** | 135.00 |
| **Uniforms** | 650.00 |
| **Miscellaneous** | 250.00 |
| **Website Hosting** | 20.00 |

22. Total Monthly Expenses (Add items 3-21)                                    $        78,930.53

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)                   $        29,069.47

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Starport Transportation, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **10/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$133,492.17** |
   | **For prior year:**<br>From **10/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,248,752.69** |
   | **For year before that:**<br>From **10/01/2015** to  **9/30/2016** | ■ Operating a business<br>☐ Other _____ | **$1,458,119.91** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **10/01/2017** to **Filing Date** | **Outside Employer Referral Bonus** | **$2,500.00** |
   | **For prior year:**<br>From **10/01/2016** to **Filing Date** | **Outside Employer Referral Bonus** | **$7,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Starport Transportation, Inc.** | | Case number *(if known)* | |

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Mike and Rachel Moss**<br>**3695 E. Turtle Hatch Rd.**<br>**Springfield, MO 65809-4142**<br>**Owner** | **February 2016 - February 2017** | $69,596.07 | **Owners not taking draws or salary - taking loan repayments** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **In re Edward D. Johnson and Baerbel P. Johnson, Debtors**<br>**16-40946** | **Chapter 13**<br>**Secured Creditor** | **Middle District of Georgia**<br>**901 Front Avenue**<br>**One Arsenal Place**<br>**Columbus, GA 31902** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | **Starport Transportation, Inc.** | Case number *(if known)* | |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
    |---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|
    | 11.1.<br><br>**JB James Law Firm, PC**<br>**4650 S. National Ave. Ste. C-5**<br>**Springfield, MO 65810** | **Attorney Fees** | **2/21/17**<br>**$4000**<br>**2/27/2017**<br>**$10,000**<br>**2/28/2017**<br>**$6000** | **$20,000.00** |
    | **Email or website address**<br>**law@JBJamesLawFirm.com** | | | |
    | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

Debtor   **Starport Transportation, Inc.**                                                    Case number (if known) _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

| Debtor | **Starport Transportation, Inc.** | | Case number *(if known)* | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **Starport Transportation, Inc.**                                   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Jenice Jackson** **2305 S. Blackman Rd Ste. 300** **Springfield, MO 65809** | **2012-present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

27. **Inventories**

   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Starport Transportation, Inc.**                                        Case number *(if known)* _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 28, 2017**
_____

**/s/ Michael Dean Moss**                                **Michael Dean Moss**
_____                         _____
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor    **President**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Missouri

In re   **Starport Transportation, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Starport Transportation, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Michael Dean Moss**
**3695 E. Turtle Hatch Road**
**Springfield, MO 65809**

**Rachel Celeste Moss**
**3695 E. Turtle Hatch Road**
**Springfield, MO 65809**

☐ None [*Check if applicable*]

**February 28, 2017**

Date

**/s/ Angela D. Acree**

**Angela D. Acree 46482**

Signature of Attorney or Litigant

Counsel for   **Starport Transportation, Inc.**

**JB James Law Firm, PC**
**4650 S. National Ave. Ste. C-5**
**Springfield, MO 65810**
**(417) 886-6500 Fax:(417) 886-4343**
**law@JBJamesLawFirm.com**

# *BANKRUPTCY CLINIC*

@JB James Law Firm, PC
4650 S. National, Ste. C-5
Springfield, MO 65810
**www.jbjameslawfirm.com**

**Angela D. Acree**                                                              Phone   (417) 886-5940
Attorney at Law                                                               Fax      (417) 886-4281

February 28, 2017

Re: Chapter 11

Dear Mike Moss,
        President of Starport Transportation, Inc.:

        This letter is sent as a result of our meeting whereby you expressed interest in retaining our firm to represent you in a potential case to be initiated under Chapter 11 of the Bankruptcy Code. If retained, our firm will prepare and file your petition, statement of affairs, schedules, plan and disclosure statement and an attorney will attend all hearings in connection to the bankruptcy case.

        In consideration of the legal services to be rendered by the firm you agree to pay an advance deposit of $20,000 plus $1,717.00 filing fee. This will need to be paid before the date a petition is filed on your behalf which initiates a case under the Bankruptcy Code. We will not accept postdated checks. This retainer is a deposit to bill against for the Chapter 11 services and any unearned fees will be returned or applied as instructed by the court. The amount of this advance fee retainer should not be considered an estimate of the extent of attorneys fees that may be incurred as each case is unique and the circumstances of some cases necessitate more attention and, as a result, more attorneys fees and expenses are incurred.

        In addition, you will be responsible for all expenses, including but not limited to the following: excessive postage, copies, long distance telephone calls, court costs, the addition of any creditors after the filing of said bankruptcy, motion to avoid liens, motions concerning your exemptions, redemption of property or reaffirmation of debt, including any hearings on the foregoing.

        It is understood and agreed that the firm has not been retained or employed to represent you in any litigation or contested matter which may be presently pending, or which may be commenced after the date of this agreement either in state, federal or bankruptcy court. Should you request representation in any litigation, it is understood that any such legal services will be in addition to those described above and will be billed to you at the rate of $275.00 per hour for attorney fees and $125 per hour for paralegal fees and will require the deposit of an additional retainer or other satisfactory means for the payment of additional services.

        It is understood that the retention of this law firm and the fee charges herein are only for work to be done to the limit of this proceeding. Upon the obtaining of a Discharge from the Court the case shall be deemed to be completed and this file will be closed.

*We are a debt relief agency. We help people file for bankruptcy relief under the bankruptcy code.*

Starport Transportation, Inc.
Page Two
February 28, 2017

Attorneys fees incurred shall be paid within 30 days of receipt of an invoice or Court order approving the same. Unpaid balances shall bear interest at the rate of 1.5% per month (18% per annum). In the event suit is brought to collect any unpaid attorney's fees, the undersigned agrees to pay all costs of collection, including a reasonable attorney's fee. It is further agreed that venue for any suit brought for the collection of attorney's fees shall be proper if brought in Greene County, Missouri.

### Client File Retention

A.    It is understood and agreed that the client file is property of the client and that the file will be returned to the client upon completion of the case or matter herein, provided that client shall be required to execute a receipt for same.

B.    In the event that client does not elect to have the client's file returned upon completion of the representation in the case or matter, it is agreed that the law firm/attorneys shall have no obligation to preserve and retain same for more than five years after the date of completion of the representation in the case or matter and which date shall be the last date for which said law firm billed for services in said case or matter.

C.    In the event that client does not elect to have client's file returned upon completion of the representation client shall pay a one time service charge of $25.00 to have said file stored by the law firm and which shall also cover any costs incurred for said law firm to access said file for any purpose during the five year period referred to in paragraph #2 hereof.

D.    It is further agreed and understood that after said five year period in paragraph 2 hereof has expired, the law firm shall have the right to destroy the client's file and its contents subject to the following:

a. That no legal malpractice claim is pending related to the representation;

b. That no criminal or other governmental investigation is pending related to the representation;

c. That no complaint is pending under Rule 5 related to the representation;

d. That no other litigation is pending related to the representation;

e. That no items in the file with intrinsic value shall be destroyed.

*We are a debt relief agency. We help people file for bankruptcy relief under the bankruptcy code.*

Starport Transportation, Inc.
Page Three
February 28, 2017

     f.  That the method of destruction shall be done in a manner that preserves client confidentiality.

If you agree to the terms of this letter please execute and return this document to my office.  If you have any questions or comments, please feel free to contact me.

Best regards,

Angela D. Acree

I have read and understand the foregoing retaining letter which is the only Agreement between Attorney and Client and I hereby agree to its terms and acknowledge receipt of a copy of same.
Executed this 28th day of February, 2017.

Mike Moss, President
Starport Transportation, Inc.

*We are a debt relief agency.  We help people file for bankruptcy relief under the bankruptcy code.*